

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00688-CV

Marissa **PETERSON**,
Appellant

v.

**HEB GROCERY CO., L.P.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19610
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and this case is REMANDED to the trial court for proceedings consistent with this opinion. It is ORDERED that appellant recover her costs of this appeal from appellee.

SIGNED April 22, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice